CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
NOV 13 2006
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOSEPH MITCHELL MILLER, ET AL., *Plaintiffs*, v. DOGWOOD VALLEY CITIZENS ASSOCIATION, INC., ET AL., *Defendants* | CIVIL NO. 3:06cv00020<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' Motion to Dismiss, filed on June 6, 2006 (docket entry no. 10) and Defendants' Motion to Dismiss Amended Complaint, filed on August 31, 2006 (docket entry no. 28). For the reasons stated in the accompanying memorandum opinion, Defendants' motions are hereby DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States District Judge

November 13, 2006
Date