CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 22 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH MITCHELL MILLER, ET AL., | ) | Case No. 3:06-CV-00020 |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOGWOOD VALLEY CITIZENS ASSOCIATION, ET AL., | ) | By: B. Waugh Crigler |
| Defendants | ) | U. S. Magistrate Judge |

Mediation having failed to resolve the issues in this case, it is

O R D E R E D

as follows:

1. Plaintiff's January 15, 2008 unopposed motion to recuse (disqualify) opposing counsel hereby is GRANTED. The defendants hereby are DIRECTED to forthwith secure substitute counsel to enter an appearance in the case.

2. The bench trial of this case hereby is rescheduled from January 28 - 31, 2008 to June 24 - 27, 2008, commencing at 9:30 a.m. each day in the U. S. District Court, Charlottesville, Virginia. All cutoff dates which have expired under any prior scheduling order, including cutoff dates for discovery, are not to be considered extended by this order

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
Magistrate Judge

01-22-08
Date