CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 2 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Joseph Mitchell Miller, et al., *Plaintiffs*, | CIVIL ACTION NO. 3:06cv00020 |
| v. | JUDGMENT ORDER |
| Dogwood Valley Citizens Association, Inc., et al., *Defendants*. | JUDGE NORMAN K. MOON |

This matter is before the Court on the bench trial held on June 24, 2008, and June 25, 2008. Based on the findings of fact and conclusions of law set forth in the accompanying Memorandum Opinion, the Court hereby ORDERS that judgment be ENTERED in favor of Defendants as to Plaintiffs' claim. The Clerk of the Court is hereby ORDERED to terminate this case and STRIKE it from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to counsel of record and all unrepresented parties.

Entered this ___ day of August, 2008

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE