CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 18 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH MITCHELL MILLER, et al., | ) | CASE NO. 3:06CV00020 |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| DOGWOOD VALLEY CITIZENS ASSOCIATION, INC., et al., | ) | |
| Defendants. | ) | By: B. WAUGH CRIGLER U.S. MAGISTRATE JUDGE |

For the reasons set forth in the Memorandum Opinion of even date, it hereby is

ORDERED

that defendants' September 11, 2008 motion for sanctions is DENIED, without prejudice to pursue taxable costs under 28 U.S.C. § 1920 as the prevailing parties.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: _____
U.S. Magistrate Judge

Nov 18, 2008
Date